IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARLENE L. MATTHEWS,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 07-00427-WS-B |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | : : | |
| Defendant. | : | |

## JUDGMENT

In accordance with this Court's Order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the opinion of this Court.

**DONE** this 17th day of December, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE