```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

**DARLENE MATTHEWS,**          \*
                               \*
    Plaintiff,            \*
                               \*
vs.                            \*   Civil Action 07-0427-WS-B
                               \*
**MICHAEL J. ASTRUE,**         \*
**Commissioner of**            \*
**Social Security,**           \*
                               \*
    Defendant.            \*

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Amended Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 17, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 17th day of April, 2008.

                                          S/WILLIAM H. STEELE
                                          UNITED STATES DISTRICT JUDGE