```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

DARLENE MATTHEWS,                  \*
                                   \*
    Plaintiff,                  \*
                                   \*
vs.                                \*   Civil Action 07-0427-WS-B
                                   \*
MICHAEL J. ASTRUE,                 \*
Commissioner of                    \*
Social Security,                   \*
                                   \*
    Defendant.                  \*

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), that the award be limited to the EAJA rate of $165.43 per hour, thereby resulting in an award of $2,448.36 for 14.8 attorney hours spent representing Plaintiff in connection with this action, and that Petitioner be awarded court costs in the amount of $350.00 for a total EAJA award of $2,798.36

    **DONE** and **ORDERED** this 17th day of April, 2008.


                                       S/WILLIAM H. STEELE
                                       UNITED STATES DISTRICT JUDGE